## U.S. COURT OF APPEALS FOR THE FOURTH CIRCUIT BILL OF COSTS FORM (Civil Cases)

**Directions:** Under FRAP 39(a), the costs of appeal in a civil action are generally taxed against appellant if a judgment is affirmed or the appeal is dismissed. Costs are generally taxed against appellee if a judgment is reversed. If a judgment is affirmed in part, reversed in part, modified, or vacated, costs are taxed as the court orders. A party who wants costs taxed must, within 14 days after entry of judgment, file an itemized and verified bill of costs, as follows:

- Itemize any fee paid for docketing the appeal. The fee for docketing a case in the court of appeals is $500 (effective 12/1/2013). The $5 fee for filing a notice of appeal is recoverable as a cost in the district court.
- Itemize the costs (not to exceed $.15 per page) for copying the necessary number of formal briefs and appendices. (Effective 10/1/2015, the court requires 1 copy when filed; 3 more copies when tentatively calendared; 0 copies for service unless brief/appendix is sealed.). The court bases the cost award on the page count of the electronic brief/appendix. Costs for briefs filed under an informal briefing order are not recoverable.
- Cite the statutory authority for an award of costs if costs are sought for or against the United States. See 28 U.S.C. § 2412 (limiting costs to civil actions); 28 U.S.C. § 1915(f)(1) (prohibiting award of costs against the United States in cases proceeding without prepayment of fees).

Any objections to the bill of costs must be filed within 14 days of service of the bill of costs. Costs are paid directly to the prevailing party or counsel, not to the clerk's office.

Case Number & Caption: 22-1339

Prevailing Party Requesting Taxation of Costs: Appellee (Nathaniel Hicks)

| Appellate Docketing Fee (prevailing appellants): | | Amount Requested: _____ | | | Amount Allowed: _____ | |
|---|---|---|---|---|---|---|
| **Document** | **No. of Pages** | | **No. of Copies** | | **Page Cost ($\leq$ $.15)** | **Total Cost** |
| | **Requested** | **Allowed** (court use only) | **Requested** | **Allowed** (court use only) | | **Requested** | **Allowed** (court use only) |
| Response Brief | 66 | | 4 | | .15 | $ 39.60 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **TOTAL BILL OF COSTS:** | | | | | | $ 39.60 | |

1. If copying was done commercially, I have attached itemized bills. If copying was done in-house, I certify that my standard billing amount is not less than $.15 per page or, if less, I have reduced the amount charged to the lesser rate.
2. If costs are sought for or against the United States, I further certify that 28 U.S.C. § 2412 permits an award of costs.
3. I declare under penalty of perjury that these costs are true and correct and were necessarily incurred in this action.

**Signature:** _/s/_____   **Date:** _____04/11/23_____

### Certificate of Service

I certify that on this date I served this document as follows:

On this 12th day of April, 2023, I caused this Bill of Costs to be served on all parties or their counsel of record using the CM/ECF system, which will send notice of such filing to the following registered CM/ECF users: Andrew C. White, Jodie E. Buchanan, Edward Parent, Silverman, Thompson, Slutkin & White LLC, Counsel for Appellants

**Signature:** _/s/_____   **Date:** _____04/11/23_____

02/06/2018 PSC/ SCC



1115 H Street, NE, Unit 101
Washington, DC  20002
(202) 789-0096
briefs@wilsonepes.com
www.wilsonepes.com

# Invoice

| Invoice # | Date |
|---|---|
| 34449 | Oct 05 2022 |

Relman Dane & Colfax
1225 19th Street NW, Suite 600
Washington, DC  20036

Attn:  Marianna Boully Perez

| Quantity | Item | Price |
|---|---|---|
| 4 | CA4 Circuit filing, Appellate Response brief #22-1339 | $200.00 |

We moved. Our new address is 1115 H ST NE, Unit 101.
Same street, same great customer experience!

4 copies x 264 pages x $.25 = $66
4 covers  x $3.50 = $14
4 bindings x  $7 = $28
1 overnight FedEx = $48
Set-up, misc = $44

TERMS:

Due upon receipt, checks are payable to Wilson-Epes Printing Co, Inc.

Contact robyndorsey@wilsonepes.com for questions or additional payment options.

| | |
|---|---|
| Price Total | $200.00 |
| Subtotal | $200.00 |
| D.C. | $12.00 |
| **Total** | **$212.00** |

FEIN # 52-0897624